Ex parte José Alvaro Salvá, a nombre de Santiago Cruz y Otros, peticionario-apelante, y El Pueblo de Puerto Rico, opositor-apelado.

No. 3814.—*Sometido:* Junio 21, 1929. *Resuelto:* Mayo 23, 1930.

*Bolívar Pagán,* abogado del apelante; *Benjamín Guerra Mondragón y José E. Figueras,* abogados de *El Pueblo,* opositor y apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

En este procedimiento de hábeas corpus las partes interesadas trataron de determinar la probable suficiencia de la evidencia para mantenerlos encarcelados por el delito de haber votado en las últimas elecciones sin estar debidamente autorizados para ello. La prueba de El Pueblo dependió de una sentencia de la corte municipal de Humacao declarando incapacitadas a dichas partes interesadas. La petición de excarcelación fué presentada al Juez Presidente Sr. del Toro actuando individualmente, y se apela del fallo emitido por él. El Juez Presidente, después de considerable vacilación, según revela su opinión, resolvió que en un auto de hábeas corpus no pueden impugnarse los procedimientos válidos *prima facie* de una corte municipal. Sin embargo, este tribunal, incluyendo al Juez Presidente Sr. del Toro, en un litigio independiente ha llegado a la conclusión de que los procedimientos llevados a cabo por la corte municipal fueron enteramente nulos e ineficaces y que dicha corte, podría decirse, carecía de jurisdicción para excluir a los peticionarios. *Joaquín Márquez et als.* v. *Junta Insular de Elecciones,* resuelto en el día de hoy, ante, página 1.

Nos referimos a esa opinión para una exposición más completa de la ley y de los hechos aquí envueltos.

Cuando, para los fines de una convicción, un eslabón esencial en la cadena de evidencia queda totalmente destruído y no existe posibilidad de tal convicción, procede el auto de hábeas corpus.

*La sentencia apelada debe ser revocada, se exonera a los peticionarios y se cancelan las fianzas prestadas.*

El Juez Presidente Señor del Toro no intervino. El Juez Asociado Señor Aldrey disintió.*